UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:20-cv-01107-JLS (SP) | Date | October 31, 2023 |
|---|---|---|---|
| Title | RAUL F. GARCIA v. RALPH DIAZ, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s):     Attorneys Present for Defendant(s):

None Appearing     None Appearing

**Proceedings:**     **(In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute**

On May 26, 2020, plaintiff Raul Garcia, a California prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and California state law. His complaint alleged that staff at Ironwood State Prison retaliated against him for filing a lawsuit, denied his familial association rights, and violated his due process rights and right to access the courts resulting from denial of his grievances and an unauthorized deduction from his trust account.

On June 11, 2020, the court issued an Initial Civil Rights Case Order, advising plaintiff that the court was screening the complaint and that further directions would follow. In paragraph 8 of that same Order, the court also instructed plaintiff that "plaintiff must <u>immediately</u> notify the court (and defendants or defendants' attorneys) of any change in plaintiff's address and the effective date. If plaintiff fails to keep the court informed of a correct mailing address, this case may be dismissed under Local Rule 41-6, which states as follows:

> If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution."

On August 29, 2023, this court, having completed its screening of the complaint, found it subject to dismissal and granted plaintiff leave to file a First Amended Complaint by September 28, 2023. The court also instructed plaintiff he could notify the court by

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:20-cv-01107-JLS (SP) | Date | October 31, 2023 |
|---|---|---|---|
| Title | RAUL F. GARCIA v. RALPH DIAZ, et al. | | |

September 28, 2023 that he intended to stand on the complaint without amendment. A month having passed beyond this deadline, the court has not received a First Amended Complaint or any other communication from plaintiff.

     Plaintiff's address of record with the court is plaintiff's address at Ironwood State Prison at the time he filed the complaint. But the online CDCR Inmate Locator System shows that plaintiff is now housed at Centinela State Prison. It therefore appears that plaintiff has failed to follow the court's Order to immediately notify the court of a change of address. Plaintiff's failure to comply with the court's Order, and failure to comply with Local Rule 41-6, renders this action subject to dismissal for failure to comply with a court order and failure to prosecute.

     Accordingly, within **30** days of the date of this Order, that is, by **November 30, 2023**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by November 30, 2023.

     If plaintiff files a First Amended Complaint <u>and</u> a notice of his current address by **November 30, 2023**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.

     In addition to sending this order to plaintiff at his current address of record, the court directs the Court Clerk to serve this order and another copy of the August 29, 2023 Order Finding Complaint Subject to Dismissal But Granting Leave to Amend (docket no. 12) on plaintiff at what appears to be his current address at Centinela State Prison. In the future, however, the court will only send orders to plaintiff at his address of record.

cc:    Raul F. Garcia
       C-27937
       Centinela State Prison
       P.O. Box 731
       Imperial, CA 92251-0731